```
 1  Gene Locks
    LOCKS LAW FIRM
 2  The Curtis Center
    601 Walnut Street, Suite 720 East
 3  Philadelphia, PA 19106
    Telephone: (215) 893-0100
 4  Fax: (215) 893-3415
 5  Attorneys for Plaintiffs
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11
12  IN RE: BEXTRA AND CELEBREX              MDL NO. 1699
    MARKETING SALES PRACTICES AND           District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION
14  This Document Relates To:
15                                          STIPULATION AND ORDER OF
    Robert L. Nichols, Jr., et al. v. Pfizer Inc   DISMISSAL WITH PREJUDICE
16  (05-4489 CRB)
17  Marion C. Fairey, Sr., et al. v. Pfizer Inc, et al.
    (06-6409 CRB)
18
```

Come now the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | each side bearing its own attorneys' fees and costs.

DATED: 10/20, 2010     By: *Marc P. Weinger*

**LOCKS LAW FIRM**
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-0100
Fax: (215) 893-3415

*Attorneys for Plaintiffs*

DATED: 2/2/2011     By: /S/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 8, 2011

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE